Dominic DiMaio

(2025000725)

500 E. Adams St.

Jax FL 32202

Department of Corrections
Jacksonville, FL
CENSORED

JACKSONVILLE FL 320

10 APR 2025  PM 4  L

USA ★ FOREVER

Attn:

Clerk of the:

United States District Court

Jacksonville Division

300 N. Hogan St.

Jacksonville, FL 32202

32202-422625

[LEGAL MAIL]



THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT 

© USPS 2019